## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **ARNOLD SCHWINDT and MARITZA SCHWINDT,** | ) ) ) ) | |
| Plaintiff, | ) ) | **CASE NO. 13-996-SCW** |
| vs. | ) ) ) | |
| **A.B.B., INC., et al.,** | ) ) | |
| Defendant(s). | | |

### JUDGMENT IN A CIVIL CASE

Defendant **CBS CORPORATION** was dismissed without prejudice on February 14, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 61).

**IT IS FURTHER ORDERED AND ADJUDGED** that all remaining issues are **REMANDED** to the Third Judicial State Court Madison County, Illinois, Case No. 12-L-01312. The remaining motions will remain pending for resolution by the state court judge by an Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 61).

**DATED** this 14th day of February, 2014

NANCY J. ROSENSTENGEL,
Clerk of Court

By: s//Angie Vehlewald
Deputy Clerk

Approved by:  s// Stephen C. Williams
STEPHEN C. WILLIAMS
United States Magistrate Judge